UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 0:14-CV-62567-KMM

TRACY SANBORN and LOUIS
LUCREZIA, on behalf of themselves
and all others similarly situated,

    Plaintiffs,

v.

NISSAN NORTH AMERICA INC.,

    Defendant.
_____/



**DEFENDANT NISSAN NORTH AMERICA, INC.'S MOTION TO FILE PORTIONS OF THEIR OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL AND SUPPORTING EXHIBITS UNDER SEAL**

    Defendant brings this motion to file portions of its Opposition to Plaintiffs' Motion to Compel and two of its supporting exhibits under seal. Specifically, Defendant's Opposition and Exhibits 1 and 2 thereto refer to and contain Defendant's confidential information.

    Though the "public has 'a common-law right to inspect and copy judicial records and public documents,' 'documents filed in connection with motions to compel discovery are not subject to the common-law right of access.'" Instead, such documents are "evaluated under the 'good cause' standard of Federal Rule of Civil Procedure 26(c). *Joao Bock Transaction Sys., LLC v. Fid. Nat. Info. Servs., Inc.*, No. 3:13-cv-223, 2014 WL 4543001, at *1 (M.D. Fla. Sept. 12, 2014) (citing *Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1312 (11th Cir. 2001) and *In re Alexander Grant & Co. Litig.*, 820 F.2d 352, 355 (11th Cir. 1987)); *see also D'Aprile v. Unum Life Ins. Co. of Amer.*, No. 2:09-cv-270, 2010 WL 2509871, *1 (M.D. Fla. June 18, 2010) ("The right of access to judicial records pursuant to the common law is well established. . . . This right to access, however, is not absolute.").

CASE NO. 0:14-CV-62567-KMM
*DEFENDANT NISSAN NORTH AMERICA, INC.'S MOTION TO
FILE SUPPORTING EXHIBITS TO OPPOSITION TO MOTION TO COMPEL UNDER SEAL*

Here, because portions of Defendant's Opposition and two of its supporting exhibits contain and refer to Defendant's confidential information, Defendant respectfully requests the Court's permission to file portions of its Opposition (as indicated by highlighting on the documents submitted separately under seal) and Exhibits 1 and 2 to its Opposition to Plaintiff's Motion to Compel under seal[1].

Dated: December 18, 2015

Respectfully submitted,

/s/ Harrity for

SEIPP, FLICK & HOSLEY, LLP

John C. Seipp, Jr. (Florida Bar No. 0289264)
Donald A. Blackwell (Florida Bar No. 370967)
Two Alhambra Plaza, Suite 800
Coral Gables, Florida 33134
Phone: (305) 995-5600
Fax: (305) 995-6090

and

JENNER & BLOCK LLP

Peter J. Brennan (*pro hac vice*)
Elin I. Park (*pro hac vice*)
pbrennan@jenner.com
epark@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Phone: (312) 222-9350
Fax: (312) 527-0484

Devi M. Rao (*pro hac vice*)
drao@jenner.com
1099 New York Avenue NW, Suite 900
Washington, DC 20001-4412
Phone: (202) 637-6390
Fax: (202) 661-4840

---

[1] Defendant Nissan North America, Inc.'s Proposed Order granting the instant Motion is attached hereto as "Exhibit A."

2

Daniel Welsh (*pro hac vice*)
dwelsh@jenner.com
633 W. 5th Street
Suite 3600
Los Angeles, CA 90071
Phone: (213) 239-5100
Fax: (213) 239-5199

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2015, I caused a copy of the foregoing **Defendant Nissan North America, Inc.'s Motion to File Supporting Exhibits to Opposition to Motion to Compel Under Seal** to be sent via electronic mail to:

| | |
|---|---|
| Amy M. Zeman<br>Gibbs Law Group LLP<br>amyzeman@classlawgroup.com<br>One Kaiser Plaza<br>Suite 1125<br>Oakland, CA  94612<br>Phone: (510) 350-9700<br>Fax: (510) 350-9701 | Gregory F. Coleman<br>Adam Edwards<br>Greg Coleman Law PC<br>greg@gregcolemanlaw.com<br>adam@gregcolemanlaw.com<br>Bank of America Center<br>550 Main Avenue<br>Suite 600<br>Knoxville, TN  37902<br>Phone: (865) 247-0080<br>Fax: (865) 222-0049 |
| Eric H. Gibbs<br>Gibbs Law Group LLP<br>ericgibbs@classlawgroup.com<br>One Kaiser Plaza<br>Suite 1125<br>Oakland, CA  94612<br>Phone: (510) 350-9700<br>Fax: (510) 350-9701 | John A. Yanchunis<br>James D. Young<br>Morgan & Morgan Complex Litigation Group<br>jyanchunis@forthepeople.com<br>jyoung@forthepeople.com<br>201 N. Franklin Street<br>7th Floor<br>Tampa, FL  33602<br>Phone: (813) 275-5272<br>Fax: (813) 275-9295 |